FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 19-04783    KSJ    Judge: KAREN S. JENNEMANN | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | CC STL HOLDINGS, LLC | Date Filed (f) or Converted (c): | 10/16/20 (c) |
| | | 341(a) Meeting Date: | 12/01/20 |
| For Period Ending: | 09/30/21 | Claims Bar Date: | 01/01/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHAPTER 11 DIP CHECKING ACCOUNT (u) | 0.00 | 2,270.02 | | 2,270.02 | FA |
| TOTALS (Excluding Unknown Values) | $0.00 | $2,270.02 | | $2,270.02 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CASE CONVERTED TO CHAPTER 7 FROM CHAPTER 11 ON OCTOBER 16, 2020.  ALL ASSETS SOLD IN CHAPTER 11 PROCEEDING.

CHAPTER 11 DIP ACCOUNT TURNED OVER TO TRUSTEE FOR ADMINISTRATION IN THE AMOUNT OF $2,270.02.  THERE ARE NO OTHER ASSETS

CLAIMS REVIEWED

Initial Projected Date of Final Report (TFR): 04/30/21    Current Projected Date of Final Report (TFR): 10/30/21

/s/   ROBERT E. THOMAS, TRUSTEE
_____  Date: 10/28/21
ROBERT E. THOMAS, TRUSTEE

LFORM1    Ver: 22.03e

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-04783 -KSJ | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | CC STL HOLDINGS, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******1911  Checking Account |
| Taxpayer ID No: | *******6279 | | |
| For Period Ending: | 09/30/21 | Blanket Bond (per case limit): | $ 22,299,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/20 | 1 | WELLS FARGO BANK | CHAPTER 11 DIP ACCOUNT | 1229-000 | 2,270.02 | | 2,270.02 |
| 02/12/21 | | International Sureties, Ltd. | Blanket Bond Payment Premium | 2300-000 | | 2.97 | 2,267.05 |
| | | Suite 420 | | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,270.02 | 2.97 | 2,267.05 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,270.02 | 2.97 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,270.02 | 2.97 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1911 | 2,270.02 | 2.97 | 2,267.05 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 2,270.02 | 2.97 | 2,267.05 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     2,270.02     2.97

Ver: 22.03e

LFORM24